UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ROMANO, *as Proposed Administrator of the Estate of MARY ROMANO*,

                Plaintiff,

-against-

MARY MANNING WALSH NURSING HOME COMPANY, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/2/2023

22-cv-10475 (MKV)

ORDER GRANTING STAY

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that this case shall be STAYED pending the Second Circuit's resolution of *RiveraZayas v. Our Lady of Consolation Geriatric Care Center, et al.*, No. 21-2164, and *Leroy v. Hume*, Nos. 21-2158, 2159.  IT IS FURTHER ORDERED that the parties shall file a joint status letter within one week of the Second Circuit's decision in either case, or by July 11, 2023, whichever date is earlier.

    The Clerk of Court is respectfully requested to terminate the letter motion pending at docket entry 4.

**SO ORDERED.**

**Date:  May 2, 2023**
**       New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**